JOHN McDONALD v. STATE.

No. A-1690.  Opinion Filed June 7, 1913.

Appeal from Love County Court;

R. A. Keller, Judge.

PER CURIAM.  John McDonald, plaintiff in error, was convicted of unlawful conveying intoxicating liquor, and was on the 30th day of January, 1912, sentenced to be confined in the county jail for thirty days and to pay a fine of fifty dollars. From this judgment he appealed. No briefs have been filed. For this reason the Attorney General, when the case was called for final submission, moved to affirm for failure to prosecute the appeal.

The motion to affirm is sustained and the judgment is affirmed.